PRECILIANO MARTINEZ
ATTORNEY AT LAW
State Bar No. 93253
801 15th St, Suite F
Modesto, CA 95354
(209)579-2206/ (209)579-2211 Fax


Attorney for Defendant
ALBERTO VASQUEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA, ) | |
| ) | CASE NO. 06-cr-0469-WBS |
| Plaintiff, ) | |
| ) | STIPULATION AND [PROPOSED] ORDER |
| vs. ) | FOR A RESETTING OF HEARING ON |
| ) | REPORT OF PROBATION OFFICER |
| ) | |
| ALBERTO VASQUEZ, ) | |
| ) | |
| Defendant. ) | |

   IT IS HEREBY STIPULATED by and between Leslie Monahan, AUSA, attorney for plaintiff, the United States of America, Preciliano Martinez, attorney for the defendant, Alberto Vasquez, and Brenda Horell, USPO, that the date set for hearing on the presentence report shall be extended as follows:

| | | |
|---|---|---|
| Sentencing and Judgment | : | From August 4, 2008 at 8:30 a.m. to September 15, 2008 at 8:30 a.m. |
| Motion for Correction of Presentence Report | : | From July 28, 2008 to September 8, 2008 |
| Presentence Report to be Filed with the court | : | From July 21, 2008 to August 29, 2008 |
| Counsels Written Objections To the Presentence Report | : | From July 14, 2008 to August 25, 2008 |

1

Proposed Presentence Report :        From June 30, 2008 to August 11, 2008
Shall be disclosed to Counsel

Mr. Martinez and Ms. Horell, due to Mr. Martinez's trial schedule, have been unable to coordinate an interview date for Mr. Martinez's client, thus Ms. Horell needing more time to disclose the Presentence report.

Respectfully Submitted,

Dated:06/19/08                                      /s/ PRECILIANO MARTINEZ
                                                    Preciliano Martinez, Attorney for
                                                    Defendant, ALBERTO VASQUEZ


Dated:06/19/08                                      /s/ LESLIE MONAHAN
                                                    Leslie Monahan, Attorney for
                                                    Plaintiff, UNITED STATES OF AMERICA


Dated:06/19/08                                      /s/ BRENDA HORELL
                                                    Brenda Horell, USPO

## ORDER

**IT IS SO ORDERED.**

Dated: June 20, 2008

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

2