PRECILIANO MARTINEZ
ATTORNEY AT LAW
State Bar No. 93253
801 15th St, Suite F
Modesto, CA 95354
(209)579-2206/ (209)579-2211 Fax


Attorney for Defendant
ALBERTO VASQUEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA, ) | CASE NO. 06-cr-00469-WBS |
| ) Plaintiff, ) | |
| ) vs. ) | STIPULATION AND [PROPOSED] ORDER FOR A RESETTING OF SENTENCING DATE AND RESETTING OF HEARING ON PROBATION REPORT |
| ALBERTO VASQUEZ, ) | |
| ) Defendant. ) | |

IT IS HEREBY STIPULATED by and between Leslie Monahan, AUSA, attorney for plaintiff, the United States of America, and Preciliano Martinez, attorney for the defendant, Alberto Vasquez, that the date set for sentencing and hearing on probation report shall be extended as follows:

| | | |
|---|---|---|
| Sentencing and Judgment | : | From September 15, 2008 at 8:30 a.m. to October 20, 2008 at 8:30 a.m. |
| Motion for Correction of Presentence Report | : | From September 8, 2008 to October 14, 2008 |
| Presentence Report to be Filed with the court | : | From August 29, 2008 to October 6, 2008 |
| Counsels Written Objections To the Presentence Report | : | From August 25, 2008 to September 29, 2008 |

1

Proposed Presentence Report :        From August 11, 2008 to September 15, 2008
Shall be disclosed to Counsel

Mr. Martinez, due to his trial schedule, had been unable to meet and confer with his client regarding the Presentence Report, thus needing more time to prepare his objections.

Respectfully Submitted,

Dated:09/03/08                                         /s/ PRECILIANO MARTINEZ
                                                       Preciliano Martinez, Attorney for
                                                       Defendant, ALBERTO VASQUEZ

Dated:09/03/08                                         /s/ LESLIE MONAHAN
                                                       Leslie Monahan, Attorney for
                                                       Plaintiff, UNITED STATES OF AMERICA

### ORDER

**IT IS SO ORDERED.**

Dated:  September 4, 2008

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE