PRECILIANO MARTINEZ
ATTORNEY AT LAW
State Bar No. 93253
801 15th St, Suite F
Modesto, CA 95354
(209)579-2206/ (209)579-2211 Fax

Attorney for Defendant
ALBERTO VASQUEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA, ) | CASE NO. 2:06-cr-469-WBS |
| Plaintiff, ) | |
| ) | STIPULATION AND ORDER VACATING |
| vs. ) | DATE, AND CONTINUING CASE |
| ) | DATE:   October 20,2008 |
| ALBERTO VASQUEZ ) | TIME:   8:30 a.m. |
| Defendant. ) | JUDGE:  HON. WILLIAM B. SHUBB |

IT IS HEREBY STIPULATED by and between Assistant United States Attorney Leslie Monahan, Counsel for Plaintiff, Attorney Preciliano Martinez, Counsel for Defendant Alberto Vasquez, that the Sentencing date scheduled for October 20, 2008, at 8:30 a.m. be vacated and the Sentencing be continued to this court's calendar on November 10, 2008 at 8:30 a.m.. Counsel for defense has a calendar conflict. The court is advised that counsel have conferred about this request that they have agreed to the court November 10, 2008 date and that Ms. Monahan has authorized Preciliano Martinez to sign this stipulation on their behalf.

///

///

///

1

**IT IS SO STIPULATED.**

DATED: October 17, 2008 /s/ Preciliano Martinez            .
PRECILIANO MARTINEZ
Attorney for Defendant
Alberto Vasquez

DATED: October 17, 2008 /s/ Leslie Monahan            .
LESLIE MONAHAN
Assistant United States Attorney
Attorney for Plaintiff

**ORDER**

**IT IS SO ORDERED.**

DATED: October 20, 2008

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE